


*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Massachusetts Correctional Institution*
*MCI-Cedar Junction at Walpole*
*2405 Main Street, P.O. Box 100*
*South Walpole, Massachusetts 02071*
Telephone: (508)660-8000
Fax: (508) 660-8009
www.mass.gov/doc

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Andrea J. Cabral**
Secretary

**Luis S. Spencer**
Commissioner

**Peter A. Pepe Jr.**
**Katherine A. Chmiel**
Deputy Commissioners

**Paul L. DiPaolo**
Acting Deputy Commissioner

**James J. Saba**
Superintendent

## AFFIDAVIT OF JOANNE CAMERON

I, Joanne Cameron, swear under the pains and penalties of perjury that I am employed by the Department of Correction at MCI-Cedar Junction, Records Department, and that my official title is Clerk V.

I, hereby state that I have made a good faith search of MCI-Cedar Junction inmate records and have been unable to locate a copy of the handbook acknowledgment form signed by inmate Darrell Graham, A████.

Signed under the pains and penalties of perjury this 25th day of March 2013.

Joanne Cameron
Clerk V
MCI-Cedar Junction Records Department