UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL GRAHAM,

    Petitioner,

v.

UNITED STATES OF AMERICA

    Respondent.

No. 12-cr-10266-NMG

**REPORT AND RECOMMENDATION ON PETITIONER'S
MOTION FOR *HABEAS CORPUS* UNDER 28 U.S.C. § 2255**

CABELL, U.S.M.J.

## I. INTRODUCTION

Darrell Graham ("Graham") pled guilty to an indictment charging him with sex trafficking in violation of 18 U.S.C. § 2421. He contends that his lawyer provided ineffective assistance and seeks to vacate his conviction through a petition for a writ of *habeas corpus* under 28 U.S.C. § 2255. (Dkt. No. 172). The matter has been referred to this court for a Report and Recommendation. For the reasons explained below, I find no merit to Graham's claim and recommend that the petition be <u>denied</u>.

*After consideration of petitioner's objection thereto (Docket No. 205), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 7/11/19*